In the Matter of the Application of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Respondent, for the Appointment of Commissioners to Determine Whether a Rapid Transit Railroad Ought to Be Constructed and Operated.

FREDERICK AYER et al., Appellants.

*Matter of Public Service Commission,* 157 App. Div. 211, affirmed. (Argued April 21, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 13, 1913, which confirmed the report of commissioners and authorized the construction and operation of the Steinway Tunnel and Queensboro Plaza Route as described in the petition herein.

*John Larkin* for appellants.

*George S. Coleman* and *Henry H. Whitman* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.